TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. WILLIAM LEVINE, MARY LEVINE, BARNETT SHEFKOWITZ, ROSE SHEFKOWITZ, IDA ZASLOW, ALEXANDER ZASLOW, RUTH MEZZ, ELECTRA COURT, INC., WINDSOR CONSTRUCTION CORPORATION, B. W. CONSTRUCTION CORPORATION, W. & I. CONSTRUCTION CORPORATION,

HAMILTON CONSTRUCTION CORPORATION and STERLING MANAGEMENT, INC., Appellants; EMORY J. LAUER, Defendant.— Order granting plaintiff's motion to examine the appellants before trial affirmed, with fifty dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.